UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff* | CIVIL ACTION |
| versus | NO. 04-489-JJB-DLD |
| 77.52 ACRES OF LAND, MORE OR LESS, SITUATED IN EAST BATON ROUGE PARISH, STATE OF LOUISIANA, ROSS GILBERT MUNSON, ET AL, AND UNKNOWN OWNERS | Tract Nos. 101 and 103 |

***CONSOLIDATED WITH***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff* | CIVIL ACTION |
| versus | NO. 04-490-JJB-DLD |
| 7.53 ACRES OF LAND, MORE OR LESS, SITUATED IN EAST BATON ROUGE PARISH, STATE OF LOUISIANA, AND G.C. MILLS HOME PLACE, L.L.C.,ET AL, AND UNKNOWN OWNERS | Tract No. 102 |

## ORDER

Considering the Defendants' Motion to Determine Persons/Entities Entitled to Just Compensation, the Statement of No Opposition filed by Plaintiff and on the basis of the law and evidence,

IT IS ORDERED, ADJUDGED AND DECREED that the motion is granted and that the persons entitled to just compensation in these consolidated matters are as follows:

That G. C. Mills Homeplace, LLC is the sole person entitled to just compensation in Civil Action 04-190; and,

In Civil Action 04-489, the following are entitled to just compensation in the following proportions: WSM Properties, LLC, one-half (½) share, Ross Gilbert Munson, one-fourth (1/4) share, and, Marion Munson Hogeman, one-fourth (1/4) share.

Baton Rouge, Louisiana, this 6th day of February, 2009.

JAMES J. BRADY, DISTRICT JUDGE