UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,

*Plaintiff*

VERSUS          CIVIL ACTION NO. 04-489-D-M2

77.52 ACRES OF LAND, MORE OR LESS,
SITUATED IN EAST BATON ROUGE
PARISH, STATE OF LOUISIANA, ROSS
GILBERT MUNSON, ET AL, AND
UNKNOWN OWNERS,

**CONSOLIDATED WITH**

UNITED STATES OF AMERICA,

*Plaintiff*

VERSUS          CIVIL ACTION NO. 04-490-C-M2

7.53 ACRES OF LAND, MORE OR LESS,
SITUATED IN EAST BATON ROUGE
PARISH, STATE OF LOUISIANA, AND
G.C. MILLS HOME PLACE, L.L.C.,
ET AL AND UNKNOWN OWNERS

### CONSENT JUDGMENT

Upon the consent to the entry hereof by all remaining parties to these actions, as reflected by the signatures of counsel below; and the Court being satisfied that good cause exists for entry of judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** in Civil Action 04-489 that:

1

1. Title to the property interest described in Schedule B to the Declaration of Taking filed in Civil Action 04-489 vested in the United States of America as of July 16, 2004;

2. The full and just compensation for the estate taken by the United States in Civil Action 04-489 is hereby established at the sum of $937,200.00, consisting of $752,000.00 which was previously deposited into the registry and later withdrawn, and $185,200.00 awarded herein as provided below;

3. Judgment is hereby awarded against the United States and in favor of the following parties in the following amounts:

    | | |
    |---|---|
    | WSM Properties, L.L.C. | $92,600.00 |
    | Ross Gilbert Munson | $46,300.00 |
    | Marion Munson Hogeman | $46,300.00; and |

4. All parties shall bear their own respective costs and expenses, including attorney fees and appraisal fees.

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** in Civil Action 04-490 that:

1. Title to the property interest described in Schedule B to the Declaration of Taking filed in this Civil Action 04-490 vested in the United States of America as of July 19, 2004;

2. The full and just compensation for the estate taken by the United States in Civil Action 04-490 is hereby established at the sum of $26,400.00, which sum was previously deposited into the registry by the United States and later withdrawn by G.C. Mills Homeplace, L.L.C.;

3. All parties shall bear their own respective costs and expenses, including attorney fees and appraisal fees.

Baton Rouge, Louisiana, this 17th day of February, 2009.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

Consented to:

**POWERS, SELLERS, MIXON & CHAPOTON, L.L.P.**


S/ Neil H. Mixon
**JOHN DALE POWERS, (LSBA #8805)**
**NEIL H. MIXON (LSBA #8728)**
7967 Office Park Blvd.
Post Office Box 15948
Baton Rouge, Louisiana 70895
Telephone: (225) 928-1951
Telecopier: (225) 929-9834
*Attorneys for Defendants, Ross Gilbert Munson;*
*WSM Properties, LLC; Marion Munson Hogeman;*
*and G.C. Mills Homeplace, LLC*

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY

S/ John J. Gaupp
John J. Gaupp, LBN 14976
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: john.gaupp@usdoj.gov

3